UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00265-GNS-RSE

NICOLE M. HILL                                                                    PLAINTIFF

v.

ANDREW SAUL,
Commissioner of Social Security                                          DEFENDANT

## ORDER

This matter is before the Court on the U.S. Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 20), no objection has been filed, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the U.S. Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 20), and judgment is **GRANTED** in favor of the Commissioner.  The Clerk shall strike this matter from the active docket.

This is a final and appealable order, and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

January 8, 2020

cc:      counsel of record